UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:16-mj-0386 |
| | ) | |
| TRACY BUTLER, | ) | - 01 |
| Defendant. | ) | |

# MINUTE ENTRY
## For June 2, 2016

Parties appear for a Rule 5(c)(3) hearing on a petition for warrant for offender under supervision dated May 27, 2016 out of the Northern District of Indiana (2:11-cr-3, Hammond). Defendant appeared in person and by appointed counsel Michael Donahoe. Government represented by Brad Blackington. USPO represented by Mandy Burton.

Charges and rights were read and explained.

Defendant waived her right to an identity hearing.

Defendant waived any further proceedings in this Court and request those hearings she is entitled, including a preliminary and detention hearing, to be held in the charging district.

Defendant remanded to the custody of the US Marshals pending removal to the Northern District of Indiana.

Dated: 06/02/2016

*Denise K. LaRue*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana